IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEERIDGE FARM, INC., ET AL.                                    PLAINTIFFS

vs.                              CASE NO. **4:06CV1079GH**

BAYER CROPSCIENCE LP                                           DEFENDANT

### **ORDER**

Pending before the Court is the motion of defendant. (BCS) to stay the parties' obligations under Federal Rules of Civil Procedure 16 and 26 pending transfer to a multidistrict litigation (MDL) court. BCS states that a stay would be in the interest of justice and judicial economy.

Plaintiff objects to the request. Plaintiff contends that defendant is attempting to delay the proceedings and avoid litigating this case in Arkansas.

The Court has considered the arguments and is persuaded that a stay is warranted and that plaintiff would not be unduly prejudiced by the stay.

Therefore, the obligations of the parties under Rules 16 and 26 of the Federal Rules of Civil Procedure are stayed pending a decision of the Judicial Panel on Multidistrict Ligation on whether to transfer this action to an MDL proceeding. In the event the Judicial Panel orders transfer to an MDL Court, the stay shall remain in effect until the transferee court enters a new scheduling order lifting the stay. If the Judicial Panel denies transfer, BCS is directed to notify the Court promptly of that decision in order to permit entry of a new ISO.

Accordingly, the motion to stay is granted. Furthermore, plaintiff's motion to substitute the class representatives and file a first amended complaint is granted.

IT IS SO ORDERED this 11th day of December, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

-1-